# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASAR SIMSEK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOBS ENGINEERING GROUP, INC., a California corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-6814 MRW<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: August 14, 2017<br>Trial Date:　　　None<br>Magistrate Judge: Hon. Michael R. Wilner<br>　　　　　　　　　Courtroom 550, Roybal |

**TO ALL PARTIES AND THERE ATTORNEYS OF RECORD:**

The Court, having read and considered the Stipulation to Dismiss Action with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned lawsuit be dismissed with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated: 9/27/2018

Hon. Michael R. Wilner
United States District Court
Magistrate Judge